SIXTH CAMDEN CORPORATION v.
MAYOR & COUNCIL OF TOWNSHIP OF EVESHAM.

October 14, 1975. Petition for certification denied.

INEZ WATKINS v. F. W. WOOLWORTH & COMPANY.

October 14, 1975. Petition for certification denied.

TOWNSHIP OF WAYNE v. MARVIN KOSOFF.

October 14, 1975. Petition for certification granted. (See 136 *N. J. Super.* 53)

JOSEPH C. WOODCOCK, JR., v.
NEW JERSEY CIVIL SERVICE COMMISSION.

October 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ANGELO'S MOTOR SALES, INC.

October 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD APPLEGATE.

October 14, 1975. Petition for certification denied.